IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| v. | : | CRIMINAL NO. 07-41 |
| FRANCISO LOPEZ | : | |

## ORDER

AND NOW, this 13 day of April, 2015, upon consideration of the Government's Motion to Dismiss Indictment, it is hereby

ORDERED

that Indictment No. 07-41 is dismissed without prejudice.

BY THE COURT:

HONORABLE EDUARDO C. ROBRENO
*Judge, United States District Court*